IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

JANET J. STUDDARD, Individually             Civil Action File Number:
And as Permanent Guardian of
JANIE STUDDARD,                             _____

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## COMPLAINT

COMES NOW, Janet J. Studdard, Individually and as Permanent Guardian of Janie Studdard, and files her Complaint against Defendant United States of America and shows the Court the following:

### I. PARTIES, JURISDICTION AND VENUE

1.

Plaintiff files this suit for damages asserting claims against the United States of America, pursuant to the Federal Tort Claims Act, 28 U.S.C.S. § 2671 *et seq.*, arising out of a motor vehicle collision which occurred on July 15, 2019, wherein Charlene W. Lankford, an employee of the United States, who was acting in the course and scope of her employment with the USDA, Natural Resources Conservation Services, was following too closely and struck the vehicle being operated by Plaintiff Janet Studdard in Irwin County, Georgia.

1

2.

Pursuant to Fed. R. Civ. P. 4(i)(1), Defendant United States of America may be served with process through the United States Attorney for the Middle District of Georgia and by sending a copy of the summons and complaint by registered and certified mail to the United States Attorney General at 950 Pennsylvania Avenue Northwest, Washington, District of Columbia 20530.

3.

Charlene W. Lankford is a domiciliary, citizen, and resident of Ben Hill County, Georgia and can be personally served with process at her residence at 112 E. Sultana Drive, Fitzgerald, Ben Hill County, Georgia 361750.

4.

This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C.S. § 1346(b).

5.

Plaintiff resides in Eagle Lake, Florida and the events giving rise to this suit occurred within the Valdosta Division of the Middle District of Georgia. This Court is the proper venue for this case pursuant to 28 U.S.C.S. § 1402(b).

6.

Prior to the filing of this suit, Plaintiff notified the Defendant of her claim in a proper and timely manner pursuant to Federal Tort Claims Act, 28 U.S.C.S. § 2671 *et seq.*, and has exhausted all administrative remedies or conditions precedent to filing suit, in accordance with 26 U.S.C.S. § 2675. True and correct copies of the SF 95 forms are attached hereto as Exhibits "A" and "B".

## II. FACTUAL ALLEGATIONS

7.

Plaintiff renews and reaffirms each and every allegation set forth in Paragraphs 1 through 6 above.

8.

On July 15, 2019, Plaintiff and the minor child, Janie Studdard, were traveling east on Georgia Highway 101 in Irwin County, Georgia. At the same time and place, Lankford was traveling directly behind Plaintiff and the minor child. As Plaintiff slowed her vehicle for traffic, Lankford failed to slow and slammed into the rear of Plaintiff's vehicle.

9.

Plaintiff was in no way negligent or caused this collision.

10.

As a result of Defendant's employee's actions, Plaintiff, and the minor child have sustained injuries, including but not limited to past, present and future medical bills and past and future physical and mental pain and suffering.

## III. CAUSES OF ACTION

### NEGLIGENCE *PER SE*

11.

Plaintiff renews and reaffirms each and every allegation set forth in Paragraphs 1 through 10 above.

12.

Defendant's employee had a duty to obey all traffic laws while operating a motor vehicle on the roads of the State of Georgia.

13.

Defendant's employee had a duty not to injure others while operating a motor vehicle on the roads of the State of Georgia.

14.

Defendant's employee breached this duty by following too closely, in violation of O.C.G.A. §40-6-49.

15.

The negligence of Defendant's employee was the proximate cause of the collision at issue and the injuries and damages sustained by Plaintiff and the minor child.

## IV. DAMAGES

16.

Plaintiff renews and reaffirms each and every allegation set forth in Paragraphs 1-15 above.

17.

As a result of the aforesaid acts and/or omissions of Defendant's employee, Plaintiff and the minor child suffered and will suffer damages, including, but not limited to medical expenses and pain and suffering.

18.

Said damages were directly, proximately, and solely caused by Defendant's employee's actions.

19.

Plaintiff is entitled to recover said damages.

WHEREFORE, Plaintiff prays for relief as shown as follows:

(a) That service be perfected upon Defendant as provided by law;

(b) That Plaintiff have judgment against Defendant in an amount to be proven and as determined by the enlightened conscience of a fair and impartial jury;

(c) That Plaintiff recover attorney's fees and costs of litigation against Defendant; and

(d) For such other and further relief as this Court deems just and proper.

Respectfully submitted this 14th day of July, 2021.

COTTON LAW FIRM, P.C.

/s/ *John C. Cotton*
JOHN C. COTTON
State Bar No. 189801
Post Office Box 897
Cordele, Georgia  31010-0897
229.273.9490

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: USDA, NATURAL RESOURCES CONSERVATION SERVICE 1400 Independence Avenue, South West Room 4916-S Washington, DC 20250 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) Janet Studdard                 Brad J. McFall, Attorney P.O. Box 1195                    P.O. Box 292 Eagle Lake, Florida 33839   Cedartown, Georgia 30125 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 11-25-1951 | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT 07-15-2019, Monday | 7. TIME (A.M. OR P.M.) 5:10 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant was eastbound on Georgia Highway 101 in Irwin County, Georgia when she brought her vehicle to a stop as the vehicle in front of her was stopped to turn left. Suddenly, and without warning, the Plaintiff's vehicle was violently struck from the rear by Charlene Lankford resulting in significant personal injury to the Claimant.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Janet Studdard, P.O. Box 1195, 580 N. 9th, Eagle Lake, Florida 33839

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

2011 Hyundai Elantra was totaled.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

The Claimant sustained multiple rib fractures and a chest wall contusion. The 5th and 3rd ribs were both fractured.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Timothy Andrew Hauber | 105 Arlington Road Bluffton, Georgia 39824 |

12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
|  | $75,000.00 |  | $75,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form 770-748-2815 | 14. DATE OF SIGNATURE 10/2/2020 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109   NSN 7540-00-634-4046   EXHIBIT A   STANDARD FORM 95 PRESCRIBED BY DEPT. OF JUSTICE 28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. |

15. Do you carry accident insurance?  ☒ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.    ☐ No

The Hartford
Central Recovery Office
P.O. Box 14272, Lexington, KY 40512

Claim No. Y79 AM 69018

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☒ Yes   ☐ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

The Claimant has made application for medical payment benefits in the amount of $1,000.00, copy of letter is enclosed.

19. Do you carry public liability and property damage insurance?  ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).    ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95    BACK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: USDA, NATURAL RESOURCES CONSERVATION SERVICE 1400 Independence Avenue, South West Room 4916-S Washington, DC 20250 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code) Janie A. Studdard                   Brad J. McFall, Attorney P.O. Box 1195                       P.O. Box 292 Eagle Lake, Florida 33839       Cedartown, Georgia 30125 |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 8-25-2010 | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT 07-15-2019, Monday | 7. TIME (A.M. OR P.M.) 5:10 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Claimant was a passenger in her grandmother, Ms. Janet Studdard's vehicle.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).
Janet Studdard, P.O. Box 1195, 580 N. 9th, Eagle Lake, Florida 33839

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See Instructions on reverse side.)

2011 Hyundai Elantra was totaled.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Claimant suffered from a headache and abrasion to the left of her head.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Timothy Andrew Hauber | 105 Arlington Road Bluffton, Georgia 39824 |

12. (See instructions on reverse.) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
|  | $10,000.00 |  | $10,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of person signing form 770-748-2815 | 14. DATE OF SIGNATURE 10/2/2020 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109         NSN 7540-00-634-         STANDARD FORM 95
                                        PRESCRIBED BY DEPT. OF JUSTICE
                                        28 CFR 14.2

EXHIBIT B

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property. |

**15. Do you carry accident insurance?** ☒ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☐ No

The Hartford
Central Recovery Office                           Claim No. Y79 AM 69018
P.O. Box 14272, Lexington, KY 40512

**16.** Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   ☐ Yes   ☒ No   | **17.** If deductible, state amount.

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

The Claimant has made application for medical payment benefits in the amount of $1,000.00, copy of letter is enclosed.

**19.** Do you carry public liability and property damage insurance?   ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
 A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK