## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

JANET J. STUDDARD, Individually   :
and as Permanent Guardian   :
of JANIE STUDDARD,   :
       :
    Plaintiffs   :    CASE NO.: 7:21-cv-90 (WLS)
       :
v.   :
       :
UNITED STATES OF AMERICA,   :
       :
    Defendant.   :
_____:

## ORDER

Presently before the Court is the Plaintiff's Notice of Settlement, stating that "the parties have reached an agreement in principle to resolve this dispute in its entirety" and that they "anticipate filing a Stipulation of Dismissal within thirty (30) days or as soon as practicable upon completion of all settlement documents." (Doc. 10.) To ensure the timely and orderly disposition of this case, the Parties are hereby **ORDERED** to file the appropriate dismissal document(s) **no later than Monday, January 17, 2022**, or, by the same deadline, file with the Court a motion for additional time containing a written statement as to why additional time is needed.

In addition, the Parties are hereby noticed that the Initial Discovery Conference, currently scheduled for December 28, 2021 is **CANCELLED**. Finally, all pending motions in this case are **DENIED AS MOOT WITHOUT PREJUDICE**.

**SO ORDERED**, this _16th_ day of December 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1