UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JANET J. STUDDARD, Individually and as Permanent Guardian of JANIE STUDDARD, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 7:21-cv-00090-WLS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Janet J. Studdard and Defendant United States of America and hereby file this joint stipulation of dismissal, signed by all parties who have appeared, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties have reached a settlement agreement that fully resolves all claims brought in the above-styled action. In accordance with the terms of the parties' settlement agreement, the parties stipulate to dismissal with prejudice.

Respectfully submitted this 18th day of January, 2022.

By: *s/John C. Cotten*
John C. Cotten
Georgia Bar No. 189801
COTTON LAW FIRM, P.C.
Post Office Box 897
Cordele, Georgia 31010-0897
Tel.: 229.273.9490
Email: craig@cottonlawfirmpc.com
*Attorney for Plaintiffs*

PETER D. LEARY
UNITED STATES ATTORNEY

By: *s/ Bernard Snell*
Bernard Snell
Assistant United States Attorney
Georgia Bar No. 665692
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
Tel.: 478.621.2732
Email: bernard.snell@usdoj.gov
*Attorney for Defendant*

SO ORDERED this 20th day of January, 2022.

W. Louis Sands, Sr. Judge
United States District Court

2