IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JANET J. STUDDARD, Individually and as Permanent Guardian of JANIE STUDDARD, <br><br> Plaintiffs, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | * <br> * <br> * Case No.   7:21-CV-90(WLS) <br> * <br> * <br> * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 20, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of January, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk